# Notice Recipients

District/Off: 0207−8 User: admin Date Created: 08/26/2026
Case: 8−26−71996−spg Form ID: 318DF7 Total: 42

**Recipients of Notice of Electronic Filing:**
tr Marc A. Pergament mpergament@wgplaw.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db Jacqueline Mary Nadira Crawford 10 High Street Apt.2 Port Washington, NY 11050
aty Anthony Vassallo Law Office of Anthony M. Vassallo 276 Fifth Avenue Suite 704 New York, NY 10001
smg NYS Department of Taxation & Finance Bankruptcy Unit PO Box 5300 Albany, NY 12205
smg NYS Unemployment Insurance Attn: Isolvency Unit Bldg. #12, Room 256 Albany, NY 12240
smg United States Trustee Office of the United States Trustee Long Island Federal Courthouse 560 Federal Plaza Central Islip, NY 11722−4437
10704113 Affirm Card Attn: Bankruptcy Notices 30 Isabella Street Floor 4 Pittsburgh, PA 15212
10704114 Avant LLC 222 W Merchandise Mart Plaza Suite 900 Chicago, IL 60654
10704115 Barclays Bank Delaware PO Box 8803 Wilmington, DE 19899−8803
10704116 Barclays Bank/Old Navy PO Box8803 Wilmington, DE 19899
10704127 CSC Credit Services Box 740040 Atlanta, GA 3037 4−0040
10704117 Capital One −− Quicksilver PO Box 71087 Charlotte, NC 28272
10704118 Capital One Auto PO Box 60511 City Of Industry, CA 91716
10706281 Capital One Auto Finance, a division of AIS Portfolio Services, LLC 4515 N Santa Fe Ave. Dept. APS Oklahoma City, OK 73118
10704119 Capital One Bank USA POB30285 Salt Lake City, UT 84131
10704120 Cerulean PO Bix 6812 Carol Stream, IL 60197
10704121 Chex Systems, Inc. Attn: Consumer Relations 7805 Hudson Road, Suite 100 Woodbury, MN 55125
10704122 Citicard American Airlines Advantage P.O. Box 760937 San Antonio, TX 78245
10704123 Citicards PO Box 6241 lbs Cdv Disputes Sioux Falls, SD 57117−61241
10704124 Comenity Bank/NWYRK&CO PO Box 182789 Columbus, OH 43218−2789
10704125 Continental Finance Company/TBOM 4550 New Linden Hill Road Suite 400 Wilmington, DE 19808
10704126 Credit One Bank PO Box 98873 Las Vegas, NV 89193−8875
10704128 Dept of Education/Nelnet PO Box 82561 Lincoln, NE 68501
10704129 Discover Card P.O. Box 30421 Salt Lake City, UT 84130
10704130 Equifax Information Services LLC PO Box 7 40256 Atlanta, GA 3037 4
10704131 Experian PO Box 9701 Allen, TX 75013
10704132 First State Bank of New Jersey 35 Pinelawn Road Suite 305W Melville, NY 11747
10704133 GM Rewards/Barclays Bank PO Box 8802 Wilmington, DE 19899
10704134 Internal Revenue Service Centralized Insolvency Operation PO Box 7346 Philadelphia, PA 19101−7346
10704135 Jefferson Capital Systems 16 McCleland Road Saint Cloud, MN 56303
10704136 Merrick Bank PO Box 9201 Old Bethpage, NY 11804−9001
10704137 Mission Lane Tab Bank PO Box 105286 Atlanta, GA 30348
10704138 Nordstrom TD Bank USA 13531 E. Caley Ave Englewood, CO 80111
10704139 Olio PO Box 9222 Old Bethpage, NY 11804
10704140 Prosper Cards/Coastal Community 3440 Flair Drive Everett, WA 98203
10704143 SYNCB/PPC PO Box 71746 Philadelphia, PA 19176
10704141 Smith Carroad Wan & Parikh, P.C. Thomas Bennett, Esq. 202 East Main Street Smithtown, NY 11787
10704142 Syncb/Amazon PLCC PO Box 965015 Orlando, FL 32896−5015
10704144 Syncb/T JX Co De PO Box 71737 Philadelphia, PA 19176
10704145 TBOM Verve Mastercard 5 Concourse Parkway Atlanta, GA 30328
10704146 Trans Union PO Box 1000 Crum Lynne, PA 19022
10704147 United Credit National Bank (UCNB) [Citi Stra PO Box 5708 Sioux Falls, SD 57117

TOTAL: 41